

# Fourth Court of Appeals
## San Antonio, Texas

November 20, 2017

No. 04-16-00758-CV

Jerome **DRAGON**, Jr. and Patricia G. Dragon,
Appellants

v.

Joseph Russell **TRIAL** and Michael Leo Trial,
Appellees

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 14-07-00169-CVK
Honorable Donna S. Rayes, Judge Presiding

## O R D E R

The Appellee's Unopposed Motion for Extension of Time to File Motion for Rehearing is GRANTED. Time is extended to December 12, 2017.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of November, 2017.

KEITH E. HOTTLE,
Clerk of Court